IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00315-MR

| | |
|---|---|
| **MC1 HEALTHCARE LLC, d/b/a MOUNTAINSIDE,** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| **MOUNTAINSIDE SOLUTIONS, INC. n/k/a MOUNTAINVIEW RECOVERY, INC., and MICHAEL E. ELKINS,** ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on the Defendants' motion for the admission of attorney Christian W. Liedtke as counsel *pro hac vice* [Doc. 38]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants' motion [Doc. 38] are **ALLOWED**, and Christian W. Liedtke is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 9, 2018

Martin Reidinger
United States District Judge