IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00315-MR

| | |
|---|---|
| MC1 HEALTHCARE LLC, d/b/a MOUNTAINSIDE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MOUNTAINSIDE SOLUTIONS, INC. )<br>n/k/a MOUNTAINVIEW RECOVERY, )<br>INC., and MICHAEL E. ELKINS, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motions for the admission of attorneys David G. Ebert and Mioko C. Tajika as counsel *pro hac vice* [Docs. 41, 42]. Upon careful review and consideration, the Court will allow the motions.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motions [Docs. 41, 42] are **ALLOWED**, and David G. Ebert and Mioko C. Tajika are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 9, 2018

Martin Reidinger
United States District Judge