# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:18-cv-00315-MR

| | |
|---|---|
| MC1 HEALTHCARE LLC, d/b/a MOUNTAINSIDE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **O R D E R** <br>) |
| MOUNTAINSIDE SOLUTIONS, INC., n/k/a MOUNTAINVIEW RECOVERY, INC., and MICHAEL E. ELKINS, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |
| | )<br>) |
| MOUNTAINSIDE SOLUTIONS, INC., n/k/a MOUNTAINVIEW RECOVERY, INC., | )<br>)<br>)<br>) |
| Counterclaim-Plaintiff, | )<br>) |
| vs. | )<br>) |
| MC1 HEALTHCARE LLC, d/b/a MOUNTAINSIDE, | )<br>)<br>) |
| Counterclaim-Defendant. | ) |

**THIS MATTER** is before the Court *sua sponte* to address the status of the *pro hac vice* admission of the Defendants' counsel, Christian W. Liedtke.

On April 21, 2021, the Court entered an Order granting the Plaintiff's Motion to Compel Certain Discovery from the Defendants. [Doc. 97]. In that Order, the Court found that it appeared that Mr. Liedtke had abandoned the defense of this action. Specifically, the Court found that Mr. Liedtke had wholly failed to respond to the Plaintiff's legitimate discovery requests; asserted objections to such requests that were not substantially justified; and failed to provide the required information about the individuals who would be presented to testify pursuant to the Rule 30(b)(6) deposition notice of Defendant Mountainview Recovery. [Id. at 6-8]. In light of that Order, the Court entered a separate Order directing Mr. Liedtke to show cause in writing within seven (7) days why his *pro hac vice* admission should not be revoked. [Doc. 98]. Mr. Liedtke was specifically warned that failure to respond in a timely manner would likely result in the revocation of his *pro hac vice* admission in this matter. [Id. at 3].

More than seven days have now passed, and Mr. Liedtke has not responded to the Court's Order. For the reasons previously stated [Docs. 97, 98], and in light of Mr. Liedtke's failure to respond to the Show Cause Order, the Court hereby revokes Mr. Liedtke's *pro hac vice* admission to this Court.

**IT IS, THEREFORE, ORDERED** that the *pro hac vice* admission of Christian W. Liedtke is hereby **REVOKED**.

**IT IS FURTHER ORDERED** that attorney Liedtke shall inform all other courts where he is currently admitted *pro hac vice* of this revocation.

The Clerk of Court is respectfully directed to terminate Mr. Liedtke as counsel of record for the Defendants in this matter.

**IT IS SO ORDERED.**

Signed: May 3, 2021

Martin Reidinger
Chief United States District Judge